THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILLIAM GRATZ and TYLER GRATZ, | : |
| | : CIVIL ACTION NO. 3:19-CV-1341 |
| Plaintiffs, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Carlson) |
| v. | : |
| | : |
| MICHAEL GRATZ, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 20th DAY OF OCTOBER 2020, upon review of Magistrate Judge Martin C. Carlson's Report and Recommendation ("R&R") (Doc. 19) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 19) is **ADOPTED** for the reasons set forth therein;

2. Defendant's Motion to Dismiss Plaintiffs' Amended Complaint (Doc. 9) is **GRANTED**;

3. Plaintiffs' Amended Complaint (Doc. 7) is **DISMISSED WITHOUT PREJUDICE**;

4. Plaintiffs are granted leave to file an amended complaint within **twenty-one (21) days** of the date of this Order;

5. Failure to timely file an amended complaint will result in dismissal of this action with prejudice.

Robert D. Mariani
United States District Judge