IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILLIAN GRATZ and TYLER GRATZ, | : | No. 3:19cv1341 |
| Plaintiffs | : | (Judge Munley) |
| v. | : | |
| MICHAEL GRATZ, | : | |
| Defendant | : | |

**ORDER**

**AND NOW**, to wit, this 31st day of July 2024, pursuant to the accompanying memorandum, Defendant Michael Gratz's motion for summary judgment is hereby **DENIED**. (Doc. 44).

The plaintiffs' motion to strike declaration (Doc. 46) is **DENIED AS MOOT**.

The defendant's motion to strike declarations (Doc. 63) is **DENIED AS MOOT**.

A pretrial conference will be scheduled by further order of court.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court